# IN THE DISTRICT COURT OF THE UNITED STATES.
## THE NORTHERN DISTRICT OF ALABAMA.
### SOUTHERN DIVISION

Frankie Thomas Rogers
   Plaintiff.

Case # _____

CV-12-CO-0741-S

v.

STATE OF ALABAMA
JEFFERSON COUNTY
DAVID LICHTENSTEIN
THE DISTRICT ATTORNEY'S OFFICE     **COMPLAINT**
BRANDON K FALLS.
   Defendants.

## JURISDICTION

Frankie Thomas Rogers is an American National sojourning in one of the 50 states of the Union, namely the nation Alabama and is a Citizen of said State through his oath of affirmation to the same, a Republic, , as is guaranteed by article 4 section 4 of the Constitution for these United States of America.

UNITED STATES is a political Corporation located in the District of Columbia (see 19 C.J.S. 541, UCC-1-903, and Title 26 USC 1701) created by the people of the United States of America and under a contract with the Citizens of the Free and Independent States through a contract, known as the Constitution for the United States of America of which each and every Citizen is the expressly designated and intended beneficiary of said contract. The UNITED STATES has exclusive legislative jurisdiction in the District of Columbia and its territories. The "State of " is a political Corporation created by the UNITED STATES (see Howard v. Sinking Fund of Louisville) and is operating under the municipal law of the District of Columbia.

STATE OF ALABAMA is a political subdivision of the UNITED STATES, which is located in the District of Columbia, and is operating under the municipal law of the District of Columbia and is a corporation of the same.

JEFFERSON COUNTY is a political subdivision of the STATE OF ALABAMA, a Corporation and a political subdivision of the UNITED STATES and operating under the municipal law of the District of Columbia and is now a bankrupt corporation.

DAVID LICHTENSTEIN, is a citizen of the state of Alabama and a citizen of the United States and is sitting is an imposter and the seat of a Circuit Court judge in Birmingham, Alabama and in for Jefferson County.

THE DISTRICT ATTORNEY'S OFFICE is a subdivision of JEFFERSON COUNTY, Corporate political subdivision of the STATE OF ALABAMA and is operating under corporate municipal law of the United States (District of Columbia)

BRANDON K. FALLS is a duly elected district attorney for JEFFERSON COUNTY, a political subdivision of the STATE OF ALABAMA and is an adult resident citizen of the STATE OF ALABAMA, a political subdivision of the United States (District of Columbia).

**This court has jurisdiction over the matters presented herein pursuant to the Constitution for the United States of America found in Article 1 Section 8 Clause 17, Article 4 section 3, Article 4 Section 4, Article 6 Clause 2 & 3, Amendments One, Four, five, six, seven, eight, nine, ten, eleven, thirteen, fourteen, and Article 1 Section 10. This court has further jurisdiction found in Title 42 USC 1983, 1985 and 1986 and Title 28, §§ 1330, 1332, 1391(f), 1441(d), and 1602-1611 known as the Foreign Sovereigns Immunity Act, and Title 18 USC 112, Title 18 USC 241, Title 18 USC 242, Title 18 USC 4, Title 15 USC 4 and the Declaration of Independence.**

### FACTS

On or about August 10, 2010, Frankie Thomas Rogers was riding down Highway 79 in Tarrant Alabama and noticed a van that the sold to a lady on time, and which she had not fully paid for said van and was delinquent on said payments. He pulled in to the Tarrant flea mall in which the van was located to repossess said van. The lady came out and started fussing about three possession of the van and we said time Rogers called the Tarrant Police Department to the system on the repossess. The Tarrant Police Department

arrested Frankie Rogers, and charged him with theft and third-degree, returning said van to the lady. Mr. Rogers was in possession of the promissory note in which the lady had signed which clearly showed that the lady was delinquent on payments. This matter trial the City of Tarrant. Mr. Rogers was found guilty. Mr. Rogers appealed this case to the Jefferson County Circuit Court for a trial de novo. Mr. Rogers fully expected, and rightly so, for his case to be heard by Jefferson County Circuit Court by judge. That was properly seated. Instead, he went before David Lichtenstein, who had been elected as a District Court judge but was sitting as a Circuit Court judge, of which he had never taken the proper seat is a District Court judge in Jefferson County. Mr. Rogers was aware of the Alabama code, which states that a District Court judge can be temporarily pointed to the seat of a Circuit Court judge. However, David Lichtenstein has never taken his seat as a District Court judge and has been sitting in the circuit court judge seat unlawfully fourth full term and a half, all of which he has failed and/or otherwise refused to take the proper oath of office for Circuit Court judge. David Lichtenstein, has been confronted many times concerning his unlawful actions, and still fails and/or refuses to take the oath of office as theater quire to take by article 6, paragraph 2 and 3, better known as is promising clause in the Constitution for these United States of America. Mr. Rogers was tried by this unlawfully ceding judge and was found guilty of the charges. Mr. Rogers, a sense challenge the jurisdiction of this court due to the fact that he had discovered that David Lichtenstein was unlawfully sitting as a Circuit Court judge.

Since Mr. Rogers is challenged the jurisdiction of the court for the unlawful sitting of this usurper judge, he has refused to pay any fines associated with the guilty verdict. Brandon Falls, the district attorney in and for Jefferson County sent Mr. Rogers, a collection notice demanding payment of the funds for the guilty verdict. In said letter, Brandon K Falls unlawfully threatened Mr. Rogers within presentment it the failed to pay these fines, knowing that said threat was in violation of Mr. Rogers Rights in that it is unlawful to put someone in debtors prison, which is been established as far back as 1215 and the Magna Carta. Brenda Falls is guilty of harassment by communications and criminal coercion as is found in the Alabama code. Mr. Rogers was tried to file a complaint against branding Falls for the criminal charges and the District Attorney's Office has breached its fiduciary duty and I showed favoritism for the district attorney.

Brandon Falls, the district attorney for Jefferson County, did set a hearing for Mr. Rogers before the unlawfully seated David Lichtenstein for hearing to determine whether or not David Lichtenstein has authority to enforce his orders. Mr. Rogers has filed a quo warranto against David Lichtenstein and does believe that David Lichtenstein cannot possibly be unbiased judge and said case. Brandon Falls is aware of the proceedings against David Lichtenstein and is still trying to get Mr. Rogers before David Lichtenstein to railroad him and put him in jail. Brandon Falls is aware that Mr. Rogers is challenged the jurisdiction of the court and, should be aware, the United States Supreme Court has ruled that the court cannot go any further into it has proven jurisdiction on the record and is trying to ignore all the Supreme Court rulings in order to achieve this unlawful agenda. David Lichtenstein and Brandon Falls have now issued a warrant or the arrest of Mr. Rogers, unlawfully.

### COUNT ONE.

That the Jefferson County Judicial System received an appeal from the City of Tarrant Municipal Court to the Circuit Court of Jefferson County. That said judicial system, instead of placing Mr. Rogers appeal from the City of Tarrant Municipal Court into the Circuit Court of Jefferson County, did place Mr. Rogers before a District Court judge with well knowledge that said District Court judge was lacking the proper oath of office for Circuit Court judge. Said judicial system of the State of Alabama has committed fraud upon the plaintiff, Frankie Thomas Rogers, by placing him before and unconstitutionally and unlawful judge.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

### COUNT TWO.

That the Jefferson County Judicial System received an appeal from the City of Tarrant Municipal Court to the Circuit Court of Jefferson County. That said judicial system, instead of placing Mr. Rogers appeal from the City of Tarrant Municipal Court into the Circuit Court of Jefferson County, did place Mr. Rogers before a District Court judge with well knowledge that said District Court judge was lacking the proper oath of office for Circuit Court judge. Said judicial system of the State of Alabama has violated Mr. Rogers constitutional right of appeal in both the United States Constitution and the Alabama Constitution.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

### COUNT THREE.

That David Lichtenstein knew or reasonably should have known that he did not have the oath of office required by both the Constitution for these United States of America and the Alabama Constitution of 1819 and of 1901 to be seated in the seat of a Circuit Court judge. That David Lichtenstein has committed fraud upon Mr. Rogers, and upon the jurors of the action that he officiated and against Mr. Rogers.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages

and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

**COUNT FOUR.**

That David Lichtenstein knew or reasonably should have known that he did not have the oath of office required by both the Constitution for these United States of America and the Alabama Constitution of 1819 and of 1901 to be seated in the seat of a Circuit Court judge. That David Lichtenstein has has violated Mr. Rogers constitutional right of appeal in both the United States Constitution and the Alabama Constitution.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

**COUNT FIVE**

That David Lichtenstein is fully aware that Mr. Rogers has placed a quo warranto against him and that he is totally incapable of sitting is an unbiased judge in another hearing in front of him for Mr. Rogers. David Lichtenstein, is therefore acted maliciously against Mr. Rogers violate the civil rights, is unalienable rights, and in unalienable rights as is provided in both the United States Constitution and the Alabama Constitution.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

**COUNT SIX.**

That Brandon Falls, the district attorney for Jefferson County, is acting as a rogue Dist. Atty. against the people of Alabama that slightly disagree with anything that he is doing and is acting retaliatory against Mr. Rogers, and several other people to take revenge and is abusing his office.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

**COUNT SEVEN.**

The Brandon Falls, the district attorney for Jefferson County, is acting as a rogue Dist. Atty. against the people of Alabama that slightly disagree with anything that he is doing and is acting retaliatory against Mr. Rogers, and several other people to take revenge and is abusing his power.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

### COUNT EIGHT.

That Brandon Falls, being an attorney, knew or reasonably should have known that Frankie Thomas Rogers has challenges jurisdiction of the fictitious Circuit Court and that said court is without authority to continue any prosecution until said jurisdiction is proven on the record, and yet has continued his prosecution as if set jurisdiction had not been challenged in violation of Supreme Court rulings, the Constitution of the United States, and the Alabama Constitution which guarantees Mr. Rogers due process of law.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

### COUNT NINE

That Brandon Falls, being an attorney, knew or reasonably should have known that Frankie Thomas Rogers has challenges jurisdiction of the fictitious Circuit Court and that said court is without authority to continue any prosecution until said jurisdiction is proven on the record, and yet has continued his prosecution as if set jurisdiction had not been challenged in violation of Supreme Court rulings, the Constitution of the United States, and the Alabama Constitution which guarantees Mr. Rogers equal protection under the law.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

### COUNT TEN.

Brandon Falls, the district attorney for Jefferson County, is guilty of violating the plaintiff's constitutional right to be heard in a proper court and to have his redress of grievance.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

### COUNT 11.

That Brandon Falls is using the power of his office did perpetrate a fraud upon the plaintiff in order to get him to pay certain find and cost imposed by an unlawfully sitting judge in an unlawful court by the use of threats and coercion by threatening the plaintiff with debtors prison which is been outlawed for many centuries. The district attorney is using unlawful acts of criminal coercion and harassment by communications in violation of his oath of office.

Wherefore, plaintiff demands a judgment against the defendants and in favor of the plaintiff in the amount of two million ($2,000,000) dollars in lawful money in punitive damages, two million ($2,000,000) dollars in lawful money in compensatory damages and one hundred thousand ($100,000) dollars in lawful money in actual damages, plus court costs and attorneys fees.

Plaintiff further moves this court for an order enjoining the district attorney, Brandon Falls and the imposter Circuit Court judge, David Lichtenstein, from any further actions against the plaintiff until they can comply with the Constitution of these United States and the Constitution for the Alabama, and the laws of the State of Alabama. Plaintiff further moves this court to order Brandon K Falls and David Lichtenstein to withdrawal said warrant issued against Mr. Rogers, as it is unlawful and without merit.

Plaintiff further notices this court that should he be arrested under this false warrants that he reserves the right to amend this complaint that additional counts for the damages he will incur.

Respectfully submitted,

_Frankie Thomas Rogers_
Frankie Thomas Rogers, plaintiff and an American National

14825 Hwy 75
(Remlap) Alabama 35133

205-453-2163